UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X
PATRINA SCOTTO

       Plaintiff,                       ORDER

   -against-                     Civil Action No.
                                  CV-09-3642(DGT)
NOUHAD DERANI,

       Defendant.

------------------------------------X

Trager, J.:

On July 28, 2010, Magistrate Judge Viktor V. Pohorelsky issued a Report and Recommendation in the above-captioned matter. No objections to this Report and Recommendation have been filed. The Court has reviewed the Report and Recommendation and adopts in full the recommendation contained in it.

Dated: Brooklyn, New York
       August 19, 2010

                                    SO ORDERED.

                                    s/DGT

                                    David G. Trager
                                    United States District Judge